## Jonathan Ade, Appellee, v. Bertha Ade et al., Appellants.

### Gen. No. 19,860.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILL-
IAM E. DEVER, Judge, presiding. Heard in the Branch Appellate
Court at the October term, 1913. Reversed and remanded with di-
rections. Opinion filed November 19, 1914.

### Statement of the Case.

Creditor's bill filed by Jonathan Ade against Bertha
Ade, William H. Ade, Hazel Ade and Theodore J.
Ade, based on a judgment of the Municipal Court of
Chicago in favor of complainant and against Bertha
Ade. Answers were filed by all the defendants and,
on issue joined, the case was referred to a master.
The master found in favor of complainant and against
the defendants. To reverse a decree confirming the
findings of the master, defendants appeal.

ALBERT H. FRY, for appellants.

BITHER, GOFF & FRANCIS, for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

### Abstract of the Decision.

CREDITOR'S SUIT, § 56*—*when evidence sufficient to show valid con-
sideration for conveyance.* On creditor's bill to reach property con-
veyed by defendant to her children, where the defendant claimed
that the conveyance was made pursuant to an express agreement
to reimburse the children for money advanced and support fur-
nished, and the complainant claimed that the moneys advanced were
in the form of a gratuity and in the performance of a natural duty
owing from children to their parents, *held* that a finding in favor
of complainant was against the weight of the evidence, it appearing
that the evidence to establish the contract was uncontradicted and
that the children had advanced sums pursuant to the agreement, for
taxes, insurance premiums and ordinary household expenses, which
amounted to more than twice the value of the property conveyed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.